**2007–1843. Anousheh v. Planet Ford, Inc.**
Montgomery App. Nos. 21960 and 21967, 2007-Ohio-4543. Discretionary appeal and cross-appeals not accepted.

**2007–1911. State v. Lindsay.**
Logan App. No. 8–06-24, 2007-Ohio-4490. Discretionary appeal and cross-appeal not accepted. MOYER, C.J., dissents and would accept the appeal.
O'DONNELL, J., dissents and would accept the appeal on Proposition of Law No. II.

**2007–1957. State v. Parsons.**
Athens App. No. 07CA2, 2007-Ohio-4812.

**2007–2008. State v. Braun.**
Cuyahoga App. No. 88336, 2007-Ohio-4578.

**2007–2066. State v. Bublitz.**
Summit App. No. 23547, 2007-Ohio-5029.

**2007–2113. Hills & Dales v. Ohio Dept. of Edn.**
Franklin App. No. 06AP–1249, 2007-Ohio-5156.
LUNDBERG STRATTON, J., dissents.

**2007–2118. Knoop v. Knoop.**
Montgomery App. No. 22037, 2007-Ohio-5178.

**2007–2126. State v. Johnson.**
Montgomery App. No. 21459, 2007-Ohio-5662.

**2007–2130. State v. Deavers.**
Muskingum App. No. CT2007–0001, 2007-Ohio-5464.
PFEIFER, J., dissents.

**2007–2134. State v. Johnson.**
Muskingum App. No. CT2007–0059.

**2007–2136. State v. Thomas.**
Adams App. No. 06CA825, 2007-Ohio-5340. Discretionary appeal and cross-appeal not accepted.

**2007–2137. Preferred Properties, Inc. v. Tillimon.**
Lucas App. No. L–07–1065.

**2007–2138. Morelli v. Walker.**
Cuyahoga App. No. 88706, 2007-Ohio-4832.
O'CONNOR, J., dissents and would accept the appeal on Proposition of Law No. I.

**2007–2139. Beauty Max L.L.C. v. WBUY TV.**
Cuyahoga App. No. 88664, 2007-Ohio-4831.

**2007–2143. Laurenzi v. Ohio Dept. of Transp.**
Franklin App. No. 07AP–54, 2007-Ohio-5344.

**2007–2145. State v. Mitchell.**
Muskingum App. No. CT2006–0090, 2007-Ohio-5519.

**2007–2148. State v. Lehman.**
Clermont App. No. CA2007–04–048.
Lanzinger, J., dissents.

**2007–2151. State v. Gist.**
Montgomery App. No. 21436, 2007-Ohio-5571.

**2007–2160. Crnic v. Am. Republic Ins. Co.**
Cuyahoga App. No. 89021, 2007-Ohio-5439.
O'DONNELL, J., dissents.